# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. CHASE, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO.: 13-00077-KD-M |
| ACE HARDWARE CORP., | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 9, 2013 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Remand (Doc. 5) is **DENIED.**

**DONE** and **ORDERED** this the 26th day of **April 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**