# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM D. CHASE, <br>     Plaintiff, | ) <br> ) <br> ) |
| v. | )     CIVIL ACTION NO. 13-00077-KD-M <br> ) |
| ACE HARDWARE CORP., <br>     Defendant. | ) <br> ) |

## JUDGMENT

In accordance with the Order issued on this date granting Defendant's Motion for Summary Judgment, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Ace Hardware Corp. and against Plaintiff William D. Chase, and that this action is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **7th** day of **February 2014.**

                                      /s/ Kristi K. DuBose
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**